## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF LOUISIANA
## LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **JOYCE R. WILSON,** | § | **CIVIL ACTION NO.** |
| | § | **2:25-CV-01094-JDC-TPL** |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | |
| | § | **JUDGE CAIN** |
| **FRANK BISIGNANO,** | § | |
| **COMMISSIONER OF SOCIAL** | § | **MAG. JUDGE LEBLANC** |
| **SECURITY,** | § | |
| | § | |
| **Defendant.** | § | |

## JUDGMENT AND ORDER OF REMAND UNDER SENTENCE FOUR

Upon examination of Defendant's Unopposed Motion to Reverse and Remand, and review of the file, the Court finds that judgment should be entered reversing the Commissioner's final decision and remanding this case for further administrative proceedings pursuant to sentence four of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g). *Melkonyan v. Sullivan*, 501 U.S. 89 (1991). Upon remand, the Appeals Council will direct the Administrative Law Judge to conduct further proceedings, including offering the claimant an opportunity for a hearing and issue a new decision.

THUS DONE AND SIGNED in chambers on this 3rd day of March, 2026.


JAMES D. CAIN, JR.
UNITED STATES DISTRICT JUDGE